IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| MICHAEL SCOTT DOLEZAL, | Case No. 3:13-cv-00903-PK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of **$5,683.72** are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

FURTHER ORDERED, that if it is determined that Plaintiff's EAJA fees are not subject to any offset allowed under the Department of Treasury's Offset Program, the check for EAJA fees shall be made payable to Richard A. Sly, Plaintiff's attorney, based upon Plaintiff's assignment of these amounts. See *Astrue v. Ratliff*, 130 U.S. 2521 (June 14, 2010). There are no costs or expenses to be paid herein.

Dated: 12-1-, 2014.

_____
PAUL PAPAK, United States Magistrate Judge

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY, OSB #63074
(503) 224-0436
Of Attorneys for Plaintiff